UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 10-10124-GAO

CHARLES ELLIS,
Plaintiff,

v.

ID BUSINESS SOLUTIONS, INC. and
DAVID MORGAN, individually and as CFO of ID Business Solutions, Inc.,
Defendants.

ORDER
July 14, 2011

O'TOOLE, D.J.

After review of the parties' submissions, the defendants' Application for Attorneys' Fees (dkt. no. 17) is GRANTED in PART and DENIED in PART. The defendants request 4.2 hours for drafting a standard motion to compel and an accompanying memorandum. Because the issues in the motion were straightforward and the task was a discrete and relatively minor part of the litigation, the Court will reduce the time spent to 2.5 hours, which includes 2.0 hours for Attorney Bunce's research and drafting and .5 hours for Attorney Rosen's review of the motion. The Court finds that the requested hourly rates, $320 for Attorney Bunce and $585 for Attorney Rosen, to be reasonable and customary for attorneys of like experience and qualifications at comparable firms in the Boston market. Therefore, the defendants are awarded $932.50 in attorneys' fees.

It is SO ORDERED.

    /s/ George A. O'Toole, Jr.
United States District Judge